UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RED WOLF ENERGY TRADING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-10119-MLW |
| | ) | |
| CHRISTOPHER E. JYLKKA, | ) | |
| BIA CAPITAL MANAGEMENT, LLC, | ) | |
| GREGORY V. MOELLER, | ) | |
| GROWTHWORKS, LLC, | ) | |
| MICHAEL HARRADON, | ) | |
| JON MOELLER, ERIC BROWN | ) | |
| and BRIAN VOORHEIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION FOR STIPULATED
## CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff Red Wolf Energy Trading, LLC ("Red Wolf") and Defendants Bia Capital

Management, LLC ("Bia" or "BCM"), Gregory V. Moeller ("Mr. Moeller), GrowthWorks, LLC

("GrowthWorks"), Michael Harradon ("Mr. Harradon"), Jon Moeller ("Jon"), Eric Brown ("Mr.

Brown") and Brian Voorheis ("Mr. Voorheis") (collectively, the "Bia Defendants") and

Christopher Jylkka ("Mr. Jylkka"), (collectively, the "Parties"), by and through their undersigned

counsel, do hereby jointly request that the attached Stipulated Confidentiality and Protective

Order (the "Stipulation and Order") be approved by the Court and entered as an Order in the

above-captioned matter.

RED WOLF ENERGY TRADING, LLC,

By its attorneys,

/s/

John A. Sten (BBO #629577)
Maeve C. Tibbetts (BBO #687545)
Pierce Atwood LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 488-8155
Email: jsten@pierceatwood.com

BIA CAPITAL MANAGEMENT,
LLC, GREGORY V. MOELLER,
GROWTHWORKS, LLC, MICHAEL
HARRADON, JON MOELLER,
ERIC BROWN and BRIAN VOORHEIS,

By their attorneys,

/s/ Christopher R. O'Hara (MAC)
Christopher R. O'Hara (BBO# 548611)
Megan C. Deluhery (BBO# 655564)
Maria Davis (BBO# 675447)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel:  617-720-2626
Fax:  617-227-5777
cohara@toddweld.com
mdeluhery@toddweld.com
mdavis@toddweld.com

CHRISTOPHER E. JYLKKA,

By his attorneys,

/s/ David S. Rosenthal (MAC)
David S. Rosenthal (BBO #429260)
Aimee E. Bierman (BBO #640385)
Matthew Frankel (BBO #664228)
Nixon Peabody LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
drosenthal@nixonpeabody.com
abierman@nixonpeabody.com
mfrankel@nixonpeabody.com

Case 1:19-cv-10119-MLW   Document 38   Filed 02/26/19   Page 3 of 11

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2019, the foregoing Motion for Stipulated Confidentiality and Protective Order was filed through the ECF system such that registered participants as identified on the Notice of Electronic Filing (NEF) have received service pursuant to Local rule 5.4(c).

*/s/ John A. Sten*
John A. Sten

{W7135139.1}                                    3