UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED WOLF ENERGY TRADING, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. JYLKKA, BIA CAPITAL MANAGEMENT, LLC, GREGORY V. MOELLER, GROWTHWORKS, LLC, MICHAEL HARRADON, JON MOELLER, ERIC BROWN, and BRIAN VOORHEIS,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 1:19-cv-10119 |

**PLAINTIFF RED WOLF'S MOTION TO
COMPEL DOCUMENTS AND FOR SANCTIONS**

Plaintiff Red Wolf Energy Trading, LLC ("Plaintiff" or "Red Wolf"), pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, hereby submits this Motion to Compel Documents from Christopher E. Jylkka ("Jylkka") and Bia Capital Management, LLC ("Bia"), Gregory V. Moeller ("Moeller"), and Michael Harradon ("Harradon") (collectively, the "Bia Defendants").  Specifically, Red Wolf re to produce (1) documents through January 31, 2019, for all requests in Red Wolf's First Request for Production of Documents to Jylkka and the Bia Defendants individually; (2) Google Suite documents linked to in Defendants' production; (3) documents previously designated as Attorney's Eyes Only ("AEO") in re-designated form and state the basis for the remaining AEO designations; and (4) all documents supporting the statements made in Harradon's Declaration.  Red Wolf also moves this Court for an order awarding reasonable attorneys' fees in connection with this motion, and such other relief as this Court deems proper and just.

In support of the Motion, Red Wolf submits the accompanying memorandum of law.

11821113.1

Dated:  March 11, 2020

Respectfully submitted,

RED WOLF ENERGY TRADING LLC

By its attorney,

*/s/ John A. Sten*
John A. Sten (BBO #629577)
Pierce Atwood LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 488-8155
Email: jsten@pierceatwood.com

### Certificate of Compliance with Local Rule 7.1

I, John A. Sten, certify that on February 25, 2020, I conferred with Megan Deluhery and Aimee Bierman concerning the relief requested herein via telephone and Ms. Deluhery and Ms. Bierman refused to consent to the relief requested herein.

*/s/ John A. Sten*
John A. Sten

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2020, the foregoing Motion to Compel was filed through the ECF system such that registered participants as identified on the Notice of Electronic Filing (NEF) have received service pursuant to Local Rule 5.4(c).

*/s/ John A. Sten*
John A. Sten

11821113.1