UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RED WOLF ENERGY TRADING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:19-cv-10119-MLW |
| BIA CAPITAL MANAGEMENT, LLC, GREGORY V. MOELLER, GROWTHWORKS, LLC, MICHAEL HARRADON, and JON MOELLER, | ) |
| Defendants. | ) |

ORDER

WOLF, D.J.                                                August 17, 2021

The court has reviewed the parties' responses to the August 11, 2021 Order (Docket No. 132) concerning further discovery and scheduling. See Dkt. Nos. 134, 135. It continues to find that it is important to hold a scheduling conference in this case soon. The Deputy Clerk has been informed that counsel for defendants will be returning from vacation on August 23, 2021.

In view of the foregoing, it is hereby ORDERED that the August 19, 2021 scheduling conference is RESCHEDULED, and shall be held by videoconference on August 26, 2021, at 2:00 p.m.

                                            /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE